UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LEFKOWTIZ,<br><br>      Plaintiff,<br><br>   v.<br><br>SCYTL USA, et al.,<br><br>      Defendants. | Case No. 15-cv-05005-JSC<br><br>**ORDER DISMISSING ACTION**<br><br>Re: Dkt. No. 24 |

For the reasons stated in the Order of February 11, 2016 (Dkt. No. 24), this action is dismissed for lack of personal jurisdiction.

**IT IS SO ORDERED.**

Dated: February 11, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge